**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 14-1813**

───────────────

BROTHERS OF THE WHEEL M.C. EXECUTIVE COUNCIL, INC., a West Virginia Corporation,

        Plaintiff - Appellant,

    v.

GERALD R. MOLLOHAN,

        Defendant - Appellee,

    and

JOHN DOES 1-50,

        Defendant.

───────────────

**No. 14-1815**

───────────────

BROTHERS OF THE WHEEL M.C. EXECUTIVE COUNCIL, INC., a West Virginia Corporation,

        Plaintiff - Appellee,

    v.

GERALD R. MOLLOHAN,

        Defendant - Appellant,

    and

JOHN DOES 1-50,

        Defendant.

Appeals from the United States District Court for the Southern District of West Virginia, at Charleston. Thomas E. Johnston, District Judge. (2:11-cv-00104)

Submitted: April 24, 2015                    Decided: July 2, 2015

Before SHEDD, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard J. Lindroth, South Charleston, West Virginia, for Appellant/Cross-Appellee. Gerald R. Mollohan, Appellee/Cross-Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated cross-appeals, Plaintiff Brothers of the Wheel M.C. Executive Council, Inc. and Defendant Gerald R. Mollohan appeal the district court's final judgment order in this trademark infringement case. On appeal, the parties raise numerous assignments of error. Having carefully reviewed the briefs, the record, and the relevant law, we conclude that each assignment of error is without merit. Accordingly, we affirm for the reasons stated by the district court. See <u>Brothers of the Wheel M.C. Exec. Council, Inc. v. Mollohan</u>, No. 2:11-cv-00104 (S.D. W. Va. Feb. 19, 2014; Feb. 14, 2014; June 25, 2013; June 6, 2013; Nov. 14, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>